# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | |
|---|---|
| BARBARA LUKEN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:26-cv-0037-TRM |
| | ) |
| HENRY G. LUKEN III, | ) |
| | ) |
| Defendant. | ) |

## <u>ANSWER</u>

The Defendant, Henry Luken, files this Answer to the Complaint as follows:

1.      Defendant lacks sufficient information to admit or deny Paragraph 1 of the Complaint.

2.      Paragraph 2 is denied.

3.      Paragraph 3 is denied.

4.      Paragraph 4 is admitted.

5.      Paragraph 5 is admitted.

6.      Paragraph 6 is admitted.

7.      Paragraph 7 is admitted.

8.      Paragraph 8 is admitted.

9.      Defendant lacks sufficient information to admit or deny Paragraph 9.

10.      Paragraph 10 is denied as stated.

11.      Paragraph 11 is admitted.

12.      Paragraph 12 is admitted.

13.      Paragraph 13 is admitted.

14.      Paragraph 14 is admitted.

15. Paragraph 15 is admitted.

16. Paragraph 16 is denied as stated.

17. Paragraph 17 is denied.

18. Defendant lacks sufficient information to admit or deny Paragraph 18.

19. Paragraph 19 is denied as stated.

20. Paragraph 20 is denied.

21. With respect to Paragraph 21, Defendant relies on his answers to the prior paragraphs.

22. Paragraph 22 is denied.

23. Paragraph 23 is admitted.

24. Paragraph 24 is denied as stated.

25. Paragraph 25 is admitted.

26. Paragraph 26 is denied as stated.

27. With respect to Paragraph 27, Defendant relies on his answers to the prior paragraphs.

28. Paragraph 28 is denied.

29. Paragraph 29 is admitted.

30. Paragraph 30 is denied as stated.

31. Paragraph 31 is admitted.

32. Paragraph 32 is denied as stated.

33. Defendant denies that Plaintiff is entitled to any relief listed in her prayer for relief.

34. As affirmative defenses, Defendant asserts laches and the applicable statute of limitations.

35.     Any allegation contained anywhere in Plaintiff's Complaint not admitted, denied, or otherwise specifically responded to above is hereby denied.

WHEREFORE, Defendant requests that the Court dismiss the Complaint and grant Defendant any equitable or legal relief to which Defendant may be entitled..

Respectfully submitted,

ABBOTT, WEISS, FAITH & DARNELL, PLLC

By:/s/ Zachery S. Darnell
Zachery S. Darnell, TN BPR#035914
Abbott, Weiss, Faith & Darnell, PLLC
801 Broad Street, Suite 428
Chattanooga, Tennessee 37402
Phone: (423) 265-8804
Fax: (423) 267-5915
Email: Zachery@AbbottWeiss.com
Counsel for Defendant Henry G. Luken

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2026, an exact copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Ryan K. Cochran
Epstein Becker & Green, P.C.
1222 Demonbreun Street, Suite 1400
Nashville, Tennessee 37203
Email: RCochran@EBGLaw.com

By: /s/ Zachery S. Darnell
Zachery S. Darnell

4